**Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed October 15, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00673-CR

### IN RE CEDRIC J. WILLIAMS, Relator

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1575919**

## MEMORANDUM OPINION

On September 30, 2020, relator Cedric J. Williams filed a petition for a writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Greg Glass, presiding judge of the 208th District Court of Harris County, to order a speedy trial or dismiss the indictment.

Relator asserts that he is invoking his constitutional right to a speedy trial. *See* U.S. Const. amend. VI ("In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial."); Tex. Const. art. I, § 10 ("In all prosecutions, the accused shall have a speedy public trial by an impartial jury."). Relator is seeking habeas-corpus relief. The courts of appeal have no original habeas-corpus jurisdiction in criminal matters. *In re Ayers*, 515 S.W.3d 356, 356 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding) (citing Tex. Gov't Code Ann. § 22.221(d)). Original jurisdiction to grant an application for a writ of habeas corpus in a criminal case is vested in the Texas Court of Criminal Appeals, the district courts, the county courts, or a judge in those courts. Tex. Code Crim. Proc. Ann. art 11.05. Therefore, this court does not have original habeas-corpus jurisdiction to grant relator's requested relief.

Accordingly, relator's petition is dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Spain, Hassan, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).